UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNN SCOTT, LLC; THE FARMER'S WIFE, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GRUBHUB INC.,<br><br>    Defendant. | Case No. 1:20-cv-06334<br><br>Judge Marvin E. Aspen<br><br>Magistrate Judge Gabriel A. Fuentes |

**GRUBHUB INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT PENDING RULING ON ITS MOTION TO STAY THIS ACTION IN FAVOR OF FIRST-FILED CASE**

Defendant Grubhub Inc. ("Grubhub") respectfully requests that this Court extend the time to answer, move, or otherwise respond to the Complaint to a date thirty (30) days after the Court rules on Grubhub's concurrently filed Motion to Stay This Action in Favor of First-Filed Case ("Motion to Stay"). In support of this motion, Grubhub states as follows:

1. Plaintiffs filed their putative nationwide class action complaint ("Complaint") on October 26, 2020, asserting a single claim against Grubhub under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). ECF No. 1. Grubhub's response to the Complaint is currently due January 29, 2021. ECF No. 15.

2. More than five months earlier, on May 11, 2020, non-party CO Craft, LLC dba Freshcraft filed a substantially similar putative nationwide class action complaint in the U.S. District Court for the District of Colorado, captioned *CO Craft, LLC dba Freshcraft v. Grubhub Inc.*, Case No. 20-1327 (D. Colo.) ("*Freshcraft* Action"), which also sets forth a single claim against Grubhub under Section 43(a) of the Lanham Act.

3. Grubhub concurrently filed its Motion to Stay, which seeks a stay of proceedings in this action pending resolution of the first-filed *Freshcraft* Action. Such a stay would be "consistent with 'considerations of judicial and litigant economy, and the just and effective disposition of disputes.'" *Nicholson v. Nationstar Mortg. LLC of Del.*, No. 17-1373, 2018 WL 3344408, at *4 (N.D. Ill. July 6, 2018) (citation omitted); *see also Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (favoring first-filed action appropriate where doing so constitutes "wise judicial administration"), *aff'g*, No. 91-4810 (N.D. Ill. Sept. 30, 1992) (Aspen, J.).

4. Responding to Plaintiffs' Complaint would be inconsistent with the purposes of the first-to-file rule. Therefore, Grubhub respectfully requests that the time to answer, move, or otherwise respond to the Complaint be extended to and including a date thirty (30) days after this Court issues a ruling on Grubhub's Motion to Stay.

5. Courts routinely grant such relief. *See, e.g.*, Order, *Panitch v. Quaker Oats Co.*, No. 17-3460 (N.D. Ill. Nov. 10, 2016) (transferor court granted extension of responsive pleading deadline ***over plaintiff's opposition*** "until thirty (30) days following this Court's ruling on the defendant's motion" to transfer or stay under first-to-file rule), ECF. No. 15; *Castillo v. Noodles & Co.*, No. 16-3036 (N.D. Ill. May 17, 2016) (extending deadline to answer while first-to-file motion pending), Dkt. No. 19.

6. As set forth in Grubhub's Motion to Stay, Grubhub's request will not prejudice the parties. In fact, it will serve the interests of the parties because it will dispose of or simplify the issues, streamline the proceedings, and reduce the burden of litigation on the parties and on this Court.

7.  This request is made in good faith, not for purposes of delay, and with the intent to preserve the resources of and burdens on the parties and this Court.

**WHEREFORE**, Defendant Grubhub Inc. respectfully requests that this Court enter an Order extending the time for Grubhub to answer, move, or otherwise respond to the Complaint to and including a date thirty (30) days after this Court issues a ruling on Grubhub's Motion to Stay, and granting such other and further relief as this Court deems appropriate.

Dated: January 29, 2021                    GRUBHUB INC.

By: */s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
mmctigue@cozen.com
mslawe@cozen.com

Jack Carriglio (ARDC 00400254)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898
jcarriglio@cozen.com

*Attorneys for Defendant Grubhub Inc.*

## CERTIFICATE OF SERVICE

I, Michael W. McTigue Jr., hereby certify that on January 29, 2021, I served the foregoing **Grubhub Inc.'s Motion for Extension of Time to Answer, Move, or Otherwise Respond to the Complaint Pending Ruling on Its Motion to Stay This Action in Favor of First-Filed Case** via the Court's ECF filing system, which will automatically provide notice to all counsel of record.

                                                   */s/ Michael W. McTigue Jr.*
                                                   Michael W. McTigue Jr.