IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNN SCOTT, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 20-cv-6334 |
| | ) | |
| v. | ) | Honorable LaShonda A. Hunt |
| | ) | |
| GRUBHUB INC., | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

**GRUBHUB'S *OPPOSED* MOTION
TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS**

Defendant Grubhub Inc., by and through its undersigned attorneys at Taft Stettinius & Hollister LLP, and pursuant to Federal Rule of Civil Procedure 23, hereby moves to strike the class allegations from Plaintiffs' consolidated amended complaint. In the Seventh Circuit, motions to strike class allegations are common and accepted even before a plaintiff moves for class certification. As detailed in Grubhub's memorandum of law, which Grubhub filed concurrently and incorporates into this motion, Plaintiffs' Lanham Act claims are not appropriate for class treatment because individual inquiries predominate over common inquiries in contravention of Rule 23(b)(3), and because Plaintiffs are inadequate class representatives under Rule 23(a)(4).

**Proposed Briefing Schedule**: In accordance with the Court's Case Procedures, counsel for the parties conferred prior to Grubhub filing this motion to strike. Plaintiffs oppose the motion, and have proposed a response deadline of January 15, 2025 due to "the holidays and counsel's schedule." Grubhub respectfully believes that Plaintiffs' proposed response deadline causes an unwarranted delay. Grubhub therefore proposes a response deadline of 30 days from filing, or by December 7, 2024, and a reply deadline of December 20, 2024.

**WHEREFORE**, Grubhub respectfully requests that the Court enter an Order striking Plaintiffs' class allegations pursuant to Rule 23 and granting Grubhub all further relief the Court deems proper.

DATED: November 8, 2024                  Respectfully submitted,

                                               **GRUBHUB INC.**

                                               By: */s/ Isaac J. Colunga*
                                               One of Its Attorneys

Isaac J. Colunga
Sophie E. Honeyman
Rachel Smoot
**TAFT STETTINIUS & HOLLISTER LLP**
111 E. Wacker Dr., Ste. 2600
Chicago, Illinois 60601
(312) 527-4000
icolunga@taftlaw.com
shoneyman@taftlaw.com
rsmoot@taftlaw.com

*Counsel for Defendant Grubhub Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 8, 2024, she caused the foregoing **Opposed *Motion to Strike Plaintiffs' Class Allegations*** to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on all counsel of record by the Clerk's CM/ECF system.

*/s/ Sophie E. Honeyman*
