**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lynn Scott, LLC, et al.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−06334
　　　　　　　　　　　　　　　　　　　Honorable LaShonda A. Hunt

Grubhub Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person motion hearing held. For the reasons stated on the record, Plaintiffs' unopposed motion for preliminary approval of class action settlement [267] is granted. Enter Order. Final approval hearing set for 4/15/26 at 10:00AM in Courtroom 1425. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.